**COASTAL GOVERNMENT SERVICES, INC.,** Appellant,

v.

**Gordon R. ENGLAND, Secretary of the Navy, Appellee.**

No. 01–1312.

United States Court of Appeals, Federal Circuit.

April 3, 2002.

Before LOURIE, BRYSON, and DYK, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.